[No. 18459-8-I.   Division One.   September 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. TAL J. BRAMMER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00936-8, Joseph A. Thibodeau, J., entered April 10, 1986. *Affirmed* by unpublished opinion

per Webster, J., concurred in by Ringold, A.C.J., and Williams, J.